Reopen JS-5
Then JS-6 on Remand

Charles W. Nunley, II CA Bar No. 141190
Sierra Law Group
1760 F Airline Hwy., #141
Hollister, California 95023
phone (831) 637-9496 fax (866) 895-0163

Attorneys for Plaintiff
DLJ MORTGAGE CAPITAL, INC.

RECEIVED BUT NOT FILED
NOV 17 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY MAD DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
DEC 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION - SPRING

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC.<br><br>Plaintiff,<br><br>vs.<br><br>SAMMYE A RICHARDSON;<br>and DOES 1 through 100, inclusive<br><br>Defendant(s). | Case Number 07-cv-05698-UA-DUTY<br><br>Superior Court Case No. S-1500-CL-216249<br><br>[~~PROPOSED~~]<br>ORDER GRANTING<br>EX PARTE APPLICATION TO<br>REOPEN CASE AND FOR ORDER<br>FOR SUMMARY REMAND<br><br>Dist. Judge: Hon. Alicemarie H. Stolter<br>Maj. Judge: Hon. Patrick J. Walsh |

Plaintiff, DLJ Mortgage Capital, Inc., has applied to this court, ex parte, for an order re-opening the instant case for the limited purpose of entering an order for summary remand, pursuant to 28 USC §1446(c)(4). Upon consideration of Plaintiff's Ex Parte Application for Order, and the accompanying declaration and memorandum of points and authorities [and Defendant's Response thereto],

IT IS HEREBY ORDERED that Plaintiff's application is GRANTED because Defendant's Notice of Remand was untimely and because this case is pending in the Eastern District of California and is not properly removable to this district.

IT IS FURTHER ORDERED that this case is re-opened for the limited purpose of entering this Order for Summary Remand.

IT IS FURTHER ORDERED that this matter is remanded to the Superior Court of California, County of Kern for further proceedings.

Dated: Dec 10, 2008.

_____
HON. ALICEMARIE H. STOTLER, U.S. District Judge

ORDER GRANTING APPLICATION FOR REMAND